UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFONRIA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN COOPER, ADMINISTRATOR OF THE ESTATE OF TIERNEY NICOLE COOPER-McCANN; DAVE THOMAS McCANN; JAMES McCANN; and DOES 1 to 10, inclusive,<br><br>    Defendants. | No. 2:17-cv-01612-JAK-AS<br><br>**AMENDED JUDGMENT** |

**IT IS HEREBY ORDERED THAT:**

    1.    This Amended Judgment amends and supersedes for all purposes the prior Judgment entered in this action on September 6, 2017.

    2.    With respect to the insurance proceeds of $206,654.68 that were previously deposited by Plaintiff, Hartford Life and Accident Insurance Company ("Hartford"), with the Clerk of the Court, the Clerk shall:

        a.    Issue payment of $5700 to Hartford, in care of its attorneys, Burke, Williams & Sorensen LLP. The check shall be made payable to "Hartford Life and Accident Insurance Company" and mailed to:

Keiko J. Kojima

Burke, Williams & Sorensen, LLP

444 South Flower Street, Suite 2400

Los Angeles, CA 90071-2953; and

      b.     Issue payment of $200,954.68, plus any accrued interest from the insurance proceeds while in possession of the Clerk, to John Cooper of, in care of his attorneys, Petrie Leath Larrivee & O'Rourke, LLP. The check shall be made payable to "John Cooper" and mailed to:

Sean T. O'Rourke

Petrie Leath Larrivee & O'Rourke, LLP

6051 N. Fresno Street, Suite 110

Fresno, CA 93710

**IT IS SO ORDERED.**

Dated: March 13, 2023

_____

John A. Kronstadt
United States District Judge